IN THE UNITED STATES DISTRICT COURT 01 JUL 10 PM 3:45

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV01BU1264S |
| | ) |
| VALERIE L. BUTLER | ) |
| SSN: 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 | ) |
| | ) |
| Defendant. | ) |

**ENTERED**
JUL 10 2001

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on June 7, 2001; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.



3. Defendant is indebted to Plaintiff in the principal sum of $2,716.29, court costs of $150.00 pursuant to 28 U.S.C. § 2412(a) (2), accrued interest of $2,837.08 through July 9, 2001 at the rate of 8 percent per annum until date of judgment. plus interest from the date of judgment at the prevailing legal rate per annum, administrative charges of $.00, and costs of Marshal Service $45.00.

4. Plaintiff is due to recover from Defendant the total sum of $5,748.37, plus interest from July 9, 2001, until date of judgment at the rate of 8 percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

Done this the 10th day of July, 2001.

_____
UNITED STATES DISTRICT JUDGE